**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                              Date: June 3, 2011
Court Reporter:     Paul Zuckerman

Criminal Action No. 10-cr-00502-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| Plaintiff, | |
| v. | |
| MICHAEL JACOBY, | Thomas Ward |
| DEREK ZAR, | Dana Casper |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:   Motions

**4:28 p.m.   Court in session.**

Defendants present on bond.

The Court addresses defendant Jacoby and Zar's Motions for 404(b) Evidence (**Doc. #97; #101**)

**ORDER:**   Defendant Jacoby and Zar's Motions for 404(b) Evidence **(Do. #97, #101)** are **DENIED as moot.**

The Court addresses Defendant Jacoby and Zar's Motion for Disclosure "Of the Source of Documents Provided in Discovery,**" (Doc. #98, #104)**

**ORDER:**   Defendant Jacoby and Zar's Motions for Disclosure "Of the Source of Documents Provided in Discovery,**" (Doc. #98, #104)** are **DENIED as moot.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses defendant Zar's Motions for *Brady* Material **(Doc. #100)**, Motion to Compel Evidence of Promises of Leniency **(Doc. #105)**; and Motion for Disclosure of Promises to Cooperating Witnesses **(Doc. #108).**

**ORDER:** Defendant Zar's Motions for *Brady* Material **(Doc. #100)**, Motion to Compel Evidence of Promises of Leniency **(Doc. #105)**; and Motion for Disclosure of Promises to Cooperating Witnesses **(Doc. #108)** are **GRANTED in part and DENIED in part.** The Government will give notice within ten days after its decisions to use a particular witness or particular evidence to defense counsel.

The Court addresses defendant Zar's Motion for Disclosure of Experts **(Doc. #106).**

**ORDER:** Defendant Zar's Motion for Disclosure of Experts **(Doc. #106)** is **DENIED as moot.**

The Court addresses Defendant Jacoby's Motion for *James* Hearing **(Doc. #94)**.

**ORDER:** Defendant Jacoby's Motion for *James* Hearing **(Doc. #94)** is **GRANTED in part and DENIED in part.** The Government will make a proffer of any statements that would fall within *James* by **September 15, 2011.** Defendant's objection will be made and the chart filed with the Court by **September 30, 2011.**

The Court addresses defendant Jacoby's Motion to Sever **(Doc. #99).**

Argument.

The Court defers ruling on this motion.

The Court addresses Defendant Zar's Motion to Suppress (**Doc. #102).**

**ORDER:** Suppression hearing is set for **September 30, 2011 at 1:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

The Court addresses defendant Jacoby's Motion to Dismiss Counts 12-14 and defendant Zar's Motion to Dismiss Count 17 **(Doc. #95, #103)**.

Argument.

**ORDER:** Defendant Jacoby's Motion to Dismiss Counts 12-14 and defendant Zar's Motion to Dismiss Count 17 **(Doc. #95, #103)** are **DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses defendant Jacoby's Motion to Dismiss Counts 1-11 **(Doc. #96)**.

Argument.

**ORDER:** Defendant Jacoby's Motion to Dismiss Counts 1-11 **(Doc. #96)** is **DENIED.**

Bond continued.

**5:27 p.m.     Court in recess.**

**Total Time:   59 minutes.**
**Hearing concluded.**