**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                              Date: March 1, 2012
Court Reporter:     Paul Zuckerman

Criminal Action No. 10-cr-00502-MSK

*Parties*:                                                      *Counsel Appearing:*

UNITED STATES OF AMERICA,                                       Suneeta Hazra
                                                                Jamie Mendelson
    Plaintiff,

v.

MICHAEL JACOBY,                                                 Barrett Weisz
DEREK ZAR,                                                      Thomas Ward
SUSANNE ZAR,                                                    Dana Casper
                                                                Marc Milavitz
    Defendants.

---

## COURTROOM MINUTES

HEARING:    Motions

**4:06 p.m.    Court in session.**

The Court addresses Defendant Jacoby's Motion for Reconsideration of Oral Motion for Extension of Expert Disclosure Deadline **(Doc. # 307)**

Argument.

**ORDER:**    Defendant Jacoby's Motion for Reconsideration of Oral Motion for Extension of Expert Disclosure Deadline **(Doc. # 307)** is **GRANTED.** The trial currently set on **March 19, 2012 is VACATED**. The Government will provide its Rule 702 disclosures for the rebuttal expert by **March 15, 2012** and the defendant's objections will be filed by **March 25, 2012.** By **April 2, 2012,** the parties will file another joint 702 Motion, if appropriate. If another 702 motion is not filed,

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

        the parties will jointly contact chambers to obtain a date for the setting of a Rule 702 hearing on the current joint motion.

**ORDER:** Subpoenas issued for the vacated trial date are continued, but no new trial date has been set at this time.

**4:23 p.m.** **Court in recess.**

**Total Time: 17 minutes.**
**Hearing concluded.**