IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.10-cr-00502-KHV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL JACOBY,
2. SUSANNE ZAR,
3. DEREK ZAR,

    Defendants.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS ORDERED that, at the conclusion of the trial, counsel shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

    DATED at Denver, Colorado this 30th day of August, 2012.

BY THE COURT:

Kathryn H. Vratil, Judge
United States District Court