IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Kathryn H. Vratil

Criminal Action No.   10-cr-00502-KHV-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JACOBY,

    Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 24th day of April, 2013.

BY THE COURT:

By: s/Kathryn H. Vratil
    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO