IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00502-KHV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL JACOBY,

        Defendant.

_____

**FINAL ORDER OF FORFEITURE FOR CERTAIN SUBSTITUTE ASSETS**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for Certain Substitute assets. The Court having reviewed said Motion FINDS:

THAT an Amended Preliminary Order of Forfeiture for Substitute Assets was entered on September 4, 2013, forfeiting defendant Michael Jacoby's interest in the following property ("substitute assets"):

    a.    2008 Chevrolet Silverado, VIN 1GCHK23688F156112;

    b.    2007 Cadillac Escalade, VIN 1GYFK63847R165669;

    c.    2003 United Express Line Inc. Trailer, VIN 48BTE19283B032153;

    d.    2005 Trailer, VIN 4PVES20275E021280;

    e.    1450 Marion Street, in Georgetown, Colorado, more fully described as: Lot 1, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado;

- f. 325 15th Street, in Georgetown, Colorado, more fully described as: Lot 17, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado;

- g. 1475 Main Street, in Georgetown, Colorado, more fully described as: Lot 11, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado;

- h. Vacant Land known as Tract A, Chatridge Court, in Douglas County, Colorado, more fully described as:

  A tract of land situated in the East ½ of Section 28, Township 6 South, Range 68 West of the 6th Principal Meridian, Douglas County, Colorado, more particularly described as follows:

  Commencing at the Northeast corner of said Section 28 and considering the East line of said East ½ to bear S 00°42'00"E with all bearings contained herein relative thereto; thence S 00°42'00"E along said East line a distance of 326.49 feet to the true point of beginning; thence S 46°15'52"W a distance of 1734.35 feet to the centerline of Chatridge Court; thence Southerly along said centerline for the next 2 courses:

  Thence S 00°52'16"W a distance of 285.15 feet to a point of curve;

  Thence Southerly along the arc of a curve to the right a distance of 96.51 feet; said curve has a radius of 500.00 feet and a central angle of 11°03'32";

  Thence S 38°54'38"E a distance of 2081.33 feet to the East line of said East ½; thence N 00°42'00"W a distance of 3199.66 feet to the point of beginning; containing 52.52 acres, more or less;

- i. LPL Financial Account Number 73787962, held in the name of Michael Jacoby;

- j. LPL Financial Account Number 53472550, held in the name of Michael Jacoby;

- k. LPL Financial Account Number 10813307, held in the name of Michael Jacoby;

- l. SE ¼ of the NW ¼ of Section 24, Township 23 North, Range 3 West, and an easement for ingress and egress over a part of the

        NE ¼ of the NW ¼ of Section 24-23-3 West, being a strip of land 33 feet in width, the centerline of which is described as follows: Beginning at a point on the North line of said NE ¼ of the NW ¼ which lies N 88°57'37" West 16.51 feet from the Northeast corner thereof, thence S 2°58'00" West 387.0 feet, thence S 1°55'08" West 268.72 feet, thence S 5°02'12" West 200.97 feet, thence S 5°28'35" East 133.17 feet, thence S 30°40'04" West 80.00 feet, thence S 2°15'00" West approximately 261 feet to the North line of the aforesaid SE ¼ of the NW ¼ and there terminating. Parcel Identification # 008.0194.000, County of Clark, State of Wisconsin, known by W7565 State Highway 95, Neilsville, Wisconsin; and

    m.    903 Graham Street, more particularly described as Lot 10, Block 9, Original Plat of the Village of Eau Claire, Eau Claire County, State of Wisconsin.

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n).

THAT the United States has entered into Settlement Agreements with all third parties and as such all claims of third parties have been resolved.

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982 (a)(1), and 21 U.S.C. § 853(p).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the substitute assets described below shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982 (a)(1), and 21 U.S.C. § 853(p), free from the claims of any other party:

    a.    2008 Chevrolet Silverado, VIN 1GCHK23688F156112;

    b.    1450 Marion Street a/k/a 1450 Main Street, in Georgetown, Colorado, more fully described as: Lot 1, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado, and all rents received therefrom;

      c.    325 15th Street, in Georgetown, Colorado, more fully described as: Lot 17, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado, and all rents received therefrom;

      d.    1475 Main Street, a/k/a 1475 Marion Street, in Georgetown, Colorado, more fully described as: Lot 11, The Millsite in Georgetown, 2nd Amended, County of Clear Creek, State of Colorado, and all rents received therefrom;

      e.    LPL Financial Account Number 73787962, held in the name of Michael Jacoby;

      f.    LPL Financial Account Number 53472550, held in the name of Michael Jacoby; and

      g.    LPL Financial Account Number 10813307, held in the name of Michael Jacoby;

THAT the United States shall have full and legal title to the forfeited substitute assets described above;

THAT the United States shall dispose of the property pursuant to the terms of the Settlement Agreements; and

THAT the substitute assets shall be applied to defendant's Forfeiture Money Judgment.

SO ORDERED this 21st day of March, 2014.

BY THE COURT:

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court Judge