IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00502-KHV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL JACOBY,

        Defendant.

_____

**FINAL ORDER OF FORFEITURE FOR CERTAIN SUBSTITUTE ASSET – 903 GRAHAM STREET, EAU CLAIRE, WISCONSIN**
_____

      The United States' Motion for Final Order of Forfeiture for Certain Substitute Asset – 903 Graham Street, Eau Claire, Wisconsin (Doc. #779) is SUSTAINED for substantially the reasons stated in the motion.

      An Amended Preliminary Order of Forfeiture for Substitute Assets was entered on September 4, 2013, forfeiting defendant Michael Jacoby's interest in the real property located at 903 Graham Street, more particularly described as Lot 10, Block 9, Original Plat of the Village of Eau Claire, Eau Claire County, State of Wisconsin.

      All known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n). Specifically, on September 11, 2013, notice was sent to the lienholder of record for the subject property.

      The United States has entered into a Settlement Agreement with the lienholder for 903 Graham Street, which resolves all claims of third parties.

1

It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 21 U.S.C. § 853(p).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the substitute asset described as 903 Graham Street, more particularly described as Lot 10, Block 9, Original Plat of the Village of Eau Claire, Eau Claire County, State of Wisconsin shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 21 U.S.C. § 853(p), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited substitute asset described above;

THAT the United States shall dispose of the property pursuant to the terms of the Settlement Agreement; and

THAT the substitute asset shall be applied to defendant's Forfeiture Money Judgment.

SO ORDERED this 14th day of April, 2014.

BY THE COURT:

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court Judge